IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

MARK F. BRUMMITT,

                Defendant.

AMENDED REVOCATON ORDER

04-cr-127-jdp-1

---

     A hearing on the probation office's petition for judicial review of Mark F. Brummitt's supervised release was held on June 3, 2022, before U.S. District Judge James D. Peterson. The government appeared by Assistant U.S. Attorney Laura Przybylinski Finn. It was ordered that the period of supervised release imposed on defendant on September 11, 2020, was revoked. He was committed to the custody of the Bureau of Prisons for a term of 14 months, to be followed by a 22-month period of supervised release. Defendant appealed.

     On November 22, 2022, the parties filed a joint motion to remand with the Seventh Circuit Court of Appeals. The appellate court granted the motion and remanded the case for the district court to enter an amended revocation order, terminating defendant's supervised release and ordering his release from the Bureau of Prisons.

     Pursuant to the Notice of Issuance of Mandate, it is ordered that defendant is to be released from the Federal Correctional Institution at Pekin, Illinois, as soon as reasonable transportation accommodations can be arranged. No term of supervised release will follow.

     Defendant does not, however, have a release plan. But defendant is no longer under

federal supervision, so defendant is not required to return to the Western District of Wisconsin. He may be eligible for homeless assistance through the Department of Veterans Affairs. If defendant chooses to return to the Western District of Wisconsin, the Veterans Programs Coordinator's Office is located at 345 West Washington Avenue – Suite 501 in Madison, Wisconsin.

Defendant has a lifetime requirement to register as a sex offender and failure to comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C §20913, et seq.) upon his release from imprisonment may result in a new criminal prosecution.

The government is to notify any victims in this case in a timely manner and provide the Court with verification that the notification(s) have been completed.

Entered this 23rd day of November 2022.

BY THE COURT:

/s/

James D. Peterson
District Judge